UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 09-73450-TJT
DARNELL L WOODALL, SR.  CHAPTER 13 PROCEEDINGS
 HON. THOMAS J. TUCKER

Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| DARNELL L WOODALL, SR.<br>34210 JEROME ST<br>CHESTERFIELD, MI 48047-0000<br>SSN: XXX-XX-6822 | N/A | N/A | DEBTOR REFUND | 1284721 | 7/30/10 | $ 53.30 |

DATED: August 12, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930
DETROIT, MICHIGAN 48231-1930

0973450 00000 07/14 1284721
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 07/30/2010  Check No: 1284721
Payee: CLERK OF US BANKRUPTCY COURT

| 0973450 | DARNELL L WOODALL, SR. | | | 53.30 | 0.00 | 53.30 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. ■

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

84-79
611

CHECK NO. 1284721
SunTrust Bank

FOR DARNELL L WOODALL, SR.
BK 0973450 ACCT:
PRIN: 53.30 INT: 0.00

DATE Jul 30, 2010

AMOUNT
**********53.30

PAY **53.30**
Fifty-Three And 30 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $53.30
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈ 09-73450-tjt    Doc 36    Filed 08/13/10    Entered 08/13/10 08:07:00    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                     CASE NO. 09-73450-TJT
DARNELL L WOODALL, SR.                CHAPTER 13 PROCEEDINGS
                                      HON. THOMAS J. TUCKER

             Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**Klimmek & Roose PLC**
**29829 Greenfield Rd, Suite 102**
**Southfield, MI 48076**

**Last Known Address for Debtor:**

**DARNELL L WOODALL, SR.**
**34210 JEROME ST**
**CHESTERFIELD, MI 48047**

DATED: August 12, 2010                /s/ TAMMY L. TERRY
                                      TAMMY L. TERRY, STANDING
                                      CHAPTER 13 TRUSTEE
                                      535 GRISWOLD
                                      SUITE 2100